UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CR699   CDP |
| | ) |
| AARON M. HOPGOOD, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on defendant's motion to suppress evidence and statements.

Pursuant to 28 U.S.C. § 636(b), all pretrial motions were referred to United States Magistrate Judge Terry I. Adelman.  Judge Adelman held an evidentiary hearing and then filed a Report and Recommendation, which recommended that the motion to suppress be denied.   Neither party has filed objections.

I will adopt and sustain the thorough reasoning of Magistrate Judge Adelman as set forth in his recommended ruling.  I agree that there was no violation of defendant's rights in the search and seizure that resulted in the discovery of child pornography, or in obtaining his statements.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the

United States Magistrate Judge [#21] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence and statements [#13] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of April, 2008.